UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE KAZUK,

        Plaintiff,

v.          Case No. 8:23-cv-1054-JRK

MARTIN J. O'MALLEY,
Commissioner of Social Security,

        Defendant.
_____/

**O R D E R**[1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to Defendant (Doc. No. 34; "Motion"), filed February 21, 2024, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 2, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

    **ORDERED:**

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 17), filed July 14, 2023; Reference Order (Doc. No. 18), entered July 14, 2023.

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to Defendant (Doc. No. 34) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the case will be remanded to an administrative law judge who will offer Plaintiff the opportunity for a hearing, reconsider Plaintiff's symptoms in a manner consistent with SSR 12-2p, reconsider Plaintiff's residual functional capacity, take action to complete the administrative record, and issue a new decision.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on February 28, 2024.

JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record